# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK MACIAS MADRIAGA,<br><br>　　　　Petitioner,<br>　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　Respondent. | Case No. 07-cv-2098-DMS<br>*related to 99-cr-0204-DMS*<br><br>**ORDER DENYING REQUEST FOR CERTIFICATE OF APPEALABILITY** |

On January 29, 2008, this Court entered judgment denying the petition for writ of coram nobis. On February 11, 2008, Petitioner filed a Notice of Appeal, which this Court construes as a request for certificate of appealability. A certificate of appealability is authorized "if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). "A petitioner satisfies this standard by demonstrating that jurists of reason could disagree with the district court's resolution of his constitutional claims or that jurists could conclude the issues presented are adequate to deserve encouragement to proceed further." *Miller-El v. Cockrell*, 537 U.S. 322, 327 (2003). *See also Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

Having reviewed the Petition and the January 29, 2008 Order denying the Petition, the Court

///
///
///
///
///

1 finds Petitioner has failed to demonstrate that reasonable jurists would find this Court's denial of his
2 petition debatable. Therefore, the Court denies Petitioner's request for a certificate of appealability.

**IT IS SO ORDERED.**

DATED: March 13, 2008

  HON. DANA M. SABRAW
  United States District Judge